United States District Court
Southern District of Texas
**ENTERED**
January 08, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ISIDRO CASANOVA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:19-CV-398 |
| § | |
| CITY OF LA JOYA, *et al*, § | |
| § | |
| Defendants. § | |

### ORDER GRANTING DEFENDANTS, CITY OF LA JOYA AND THE LA JOYA CITY COUNCIL'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

Having reviewed Defendants', City of La Joya and the La Joya City Council's Unopposed Motion for Voluntary Dismissal Without Prejudice, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the instant action, *Isidro Casanova v. The City of La Joya and the La Joya City Council,* Case No. 7:19-cv-00398, is hereby dismissed without prejudice, and Plaintiff is to be compensated for court costs in the amount of $692.00 by Defendants, as agreed to by parties.

SO ORDERED this 8th day of January, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge